**Joe FLOWERS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

**Court of Appeals of Kentucky.**

**Jan. 14, 1941.**

E. H. Smith for movant.

Hubert Meredith, Attorney General, and Guy Herdman, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal denied; judgment affirmed.

**AMERICAN INSURANCE COMPANY, Movant, v. Anna L. PAUL, Opposed.**

**Court of Appeals of Kentucky.**

**Jan. 24, 1941.**

Frank M. Drake and M. Hargett for movant.

Andrew V. Fox, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**HOT SPOT LUMBER COMPANY, Movant, v. C. C. WOODS, Opposed.**

**Court of Appeals of Kentucky.**

**Jan. 31, 1941.**

W. H. Lewis for movant.

Clark Pratt, opposed.

PER CURIAM.

Motion for an appeal denied; judgment affirmed.